# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 12 CR 559 - 8 |
| v. | ) | Judge: John W. Darrah |
| Carla Phillips-Williams | ) | |

## ORDER

Ruling on motion hearing held. Agreed motion to dismiss charges defendant Carla Phillips-Williams is granted [446]. Enter order. The defendant is dismissed without prejudice from the indictment and the superseding indictment.

(T:) 00:05

Date: 4/23/15                                                                 /s/ Judge John W. Darrah